

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bard Water District,<br>    Plaintiff,<br><br>v.<br><br>James Davey and Associates, Inc. an Arizona Corporation;  James Davey; DOES 1 through 50,<br>    Defendants. | Civil Action No.   13-cv-02727-JM-PCL<br><br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to dismiss is Granted. As this is the third dismissal, Plaintiff's claims are dismissed with prejudice.  The Clerk of Court is instructed to close the file.

Date:   11/14/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Uran

R. Uran, Deputy