UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARD WATER DISTRICT,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES DAVEY AND ASSOCIATES, INC., an Arizona corporation; JAMES DAVEY; and DOES 1 through 50,<br><br>　　　　　　　　Defendants. | Case No.: 13cv2727 JM (RBB)<br><br>**ORDER ENTERING FINAL JUDGMENT AGAINST PLAINTIFF BARD WATER DISTRICT** |
| JAMES DAVEY AND ASSOCIATES, INC., an Arizona corporation,<br><br>　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>GEORGE CAIRO ENGINEERING, INC., an Arizona corporation; and ROES 1 through 10, inclusive,<br><br>　　　　　　Third-Party Defendants. | |

　　　On October 1, 2018, the court granted Defendants James Davey and Associates, Inc. and James Davey's motion for summary judgment against Plaintiff Bard Water District on the basis that Plaintiff failed to file this action before expiration of the statute of limitations. (Doc. No. 120.) Pursuant to Federal Rule of Civil Procedure 54(b), the court finds no just

reason for delay of entry of final judgment against Plaintiff. Accordingly, the court directs the Clerk of Court to enter final judgment against Plaintiff Bard Water District and in favor of Defendants James Davey and Associates, Inc. and James Davey. The court retains jurisdiction to hear a motion filed pursuant to Rule 54(d). This order does not modify the Status Hearing set for November 16, 2018, or end the action as to any of the claims or rights and liabilities of other parties to this case.

IT IS SO ORDERED.

DATED: November 7, 2018

JEFFREY T. MILLER
United States District Judge